IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VICTOR CLAYE BARNES, # 313583, | ) |
| | ) |
| Petitioner, | ) |
| | ) CIVIL ACTION NO. |
| v. | ) 2:21-CV-438-WHA-SRW |
| | )        (WO) |
| CHRISTOPHER GORDY, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**ORDER**

On July 19, 2021, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. 2.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that

(1) The Recommendation (Doc. 2) is ADOPTED; and

(2) This case is TRANSFERRED to the United States District Court for the Southern District of Alabama pursuant to the provisions of 28 U.S.C. § 2241(d).

DONE on this 9th day of August, 2021.

　　　　　　　　　　　　　　　　 /s/ W. Harold Albritton
　　　　　　　　　　　　　　　　W. HAROLD ALBRITTON
　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE